UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERVIN JOSEPH LAMIE, JR.,

    Plaintiff,

Case No.: 1:12-cv-1299

v.

HONORABLE PAUL L. MALONEY

PAUL WRIGHT et al.,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Joseph G. Scoville in this action (ECF No. 122). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that the motion for summary judgment filed by defendants Paul Wright and Rachael Cereska (ECF No. 113) is **GRANTED**.

**IT IS FURTHER ORDERED** that final judgment shall enter in favor of all defendants.

Dated: July 8, 2014

/s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge