UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERVIN JOSEPH LAMIE, JR.,

        Plaintiff,

                             Case No. 1:12-cv-1299

v.

                             HONORABLE PAUL L. MALONEY

PAUL WRIGHT, et al.,

        Defendants,

_____/

## **JUDGMENT**

Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is hereby entered in favor of all defendants and against the plaintiff.

Date:  July 8, 2014                  __/s/ Paul L. Maloney_____

                                          Paul L. Maloney
                                        Chief United States District